AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL   DISTRICT OF   PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CRIMINAL NO. 99-265(CCC) |
| MIGUEL A. VEGA-MORALES, ET AL. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico on this 28th day of February, 2005.

>H. S. GARCIA
>United States Attorney
>
>/S/ *Rose M. Vega*
>Rose M. Vega - USDC No. 214713
>Attorney for Plaintiff
>United States Attorney's Office
>Torre Chardón, Suite 1201
>350 Carlos Chardón Street
>San Juan, Puerto Rico 00918
>Tel: (787) 766-5656
>Fax: (787) 766-5398
>Email: rose.vega@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

     At San Juan, Puerto Rico this 28th day of February, 2005.

                                        /S/ *Rose M. Vega*
                                        Attorney for Plaintiff